NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMAGECUBE LLC,**
*Plaintiff-Appellant,*

**v.**

**THE BOEING COMPANY,**
*Defendant-Appellee,*

**and**

**MTS SYSTEMS CORPORATION**
AND **AEROMET CORPORATION,**
*Defendants.*

---

2010-1265

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-7587, Judge Robert M. Dow, Jr.

---

**ON MOTION**

---

**O R D E R**

The Boeing Company moves for a 21-day extension of time, until February 22, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 19 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Joseph N. Hosteny, Esq.
     Allen E. Hoover, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 19 2011

JAN HORBALY
CLERK